IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

**UNITED STATES OF AMERICA,**

   **Plaintiff,**

**VS.**                  **No. 06-20071-BBD**

**JOHN DORSEY LONGSTREET,**

   **Defendant.**

___

**REPORT AND RECOMMENDATION ON SUPERVISED RELEASE VIOLATION**
___

  Before the Court for report and recommendation is the hearing on violation of conditions of supervised release concerning Defendant John Dorsey Longstreet. The Petition filed by U.S. Probation Officer Tornika Brooks alleges that Longstreet violated the condition of release prohibiting him from committing another federal, state or local crime. Specifically, the Petition alleges that on May 10, 2011, John Longstreet was arrested and charged with Possession of Marijuana with intent to Manufacture, Deliver, Sell, and Violation of Seat Belt Law Over 18 Years. According to the Affidavit of Complaint, Mr. Longstreet was pulled over for not wearing a seat belt. Officers located bags of marijuana in the glove compartment. Mr. Longstreet was released from custody after posting a $25,000.00 bond. On July 1, 2011, in Shelby County General Sessions Court, Mr. Longstreet was found guilty of the amended charge of Possession of a Controlled Substance-Marijuana, and the seatbelt charge was Nolle Prosequi. He was sentenced to Probation for a period of eleven (11) months, twenty-nine (29) days.

  A revocation hearing was held on November 15, 2011. Defendant Longstreet was

present with his attorney Asst. Federal Defender Valentine Darker. The United States was represented by Asst. U.S. Atty. Steve Parker. Longstreet admitted violation of the condition of supervised release as set forth in the Petition. The United States and Longstreet jointly recommended a term of twenty-four (24) months imprisonment to be followed by no term of supervised release. This recommendation is consistent with the statutory maximum term as Longstreet's original conviction was for a Class C felony. Longstreet further requested that he be allowed to self-report after December 25, 2011. The United States did not object to this request.

The undersigned recommends that the joint recommendation be accepted by the District Court and that Longstreet, having admitted to violating the terms of his supervised release, be imprisoned for a term of twenty-four (24) months to be followed by no term of supervised release. It is further recommended that Longstreet be allowed to self-report on or after December 26, 2011.

Signed this 23rd day of November, 2011.

s/ Charmiane G. Claxton
CHARMIANE G. CLAXTON
UNITED STATES MAGISTRATE JUDGE

**ANY OBJECTIONS OR EXCEPTIONS TO THIS REPORT MUST BE FILED WITHIN FOURTEEN (14) DAYS AFTER BEING SERVED WITH A COPY OF THE REPORT. 28 U.S.C. § 636(b)(1)(C). FAILURE TO FILE SAID OBJECTIONS OR EXCEPTIONS WITHIN FOURTEEN (14) DAYS MAY CONSTITUTE A WAIVER OF OBJECTIONS, EXCEPTIONS, AND ANY FURTHER APPEAL.**