**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

_____

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Cr. No. 2:06-20071-D** |
| | ) | |
| **JOHN DORSEY LONGSTREET,** | ) | |
| **Defendant.** | ) | |

_____

**ORDER**
_____

There being no objections, the Court adopts the Report and Recommendation of the Magistrate Judge and imposes the recommended sentence.

**IT IS SO ORDERED** this 9th Day of December, 2011.

                                                          <u>s/Bernice B. Donald</u>
                                                          **BERNICE B. DONALD**
                                                          **UNITED STATES DISTRICT JUDGE**